UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 20  A 10: 47

---------------------------------------------------------x

OCWEN FEDERAL BANK, FSB  :  CIVIL ACTION NO.
                        :  3:00-CV00017 (RNC)
           PLAINTIFF,   :

V.                      :

JEANNE D'ARC ENTERPRISES, LTD., ET AL., :

           DEFENDANTS.  :

---------------------------------------------------------x   APRIL 19, 2004

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please enter the appearance of the undersigned as attorney for the defendants Jeanne D'Arc Enterprises, Ltd. and Victor J. Mulaire, Jr. in the above captioned case.

*[signature]*
Sabato P. Fiano
Federal Bar No. ct 18879
Kleban & Samor, P.C.
2425 Post Road
P.O. Box 763
Southport, CT 06490
203-255-4646

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been mailed this date via first class mail, postage prepaid, to: Daniel Shepro, Esq., Shepro & Blake, LLC, 2051 Main Street, Stratford, CT 06615 and Michael L. Goldman, Esq., Goldman, Gruder & Woods, LLC, 200 Connecticut Avenue, Norwalk, CT 06854.

*[signature]*
Sabato P. Fiano